**STATE of Missouri, Respondent,**

v.

**Demun D. WALKER, Appellant.**

**No. WD 74057.**

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

Samuel E. Buffaloe, for Appellant.

Karen L. Kramer, for Respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Demun Walker appeals his conviction following a jury trial for committing violence against an employee of the department of corrections, section 217.385, RSMo 2000, and sentence to fifteen years imprisonment. He claims insufficient evidence was presented to support the conviction. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).